UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-123-DLB

ROGER MCCARTY, II                                                                                   PLAINTIFF

v.                                        **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)   The administrative decision is **AFFIRMED** and Judgment is entered in favor of Defendant Commissioner;

(2)   Plaintiff Roger McCarty's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

(3)   The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)   This is a final and appealable order and no just cause for delay exists.

This 16th day of March, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\20-123 McCarty Judgment.docx